UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARIAN WALLIS                                    CIVIL ACTION

VERSUS                                           NUMBER: 12-0536

HORNBECK OFFSHORE                                SECTION: "E"(5)
OPERATORS, L.L.C., ET AL.

**<u>ORDER AND REASONS</u>**

The following constitutes the ruling of the Court on Plaintiff's motion to compel. (Rec. doc. 102).

By way of request for production of documents No. 9, Plaintiff sought, *inter alia*, a complete copy of Hornbeck's "[s]afety manuals . . ."  The Court is of the opinion that Hornbeck's Safe Operations Manual constitutes but one document, albeit one that is comprised of multiple pages.  As Hornbeck concedes that portions of the document are relevant to this litigation and it makes no assertion that the document or any portions thereof are privileged, the document is to be produced to Plaintiff in its entirety.  Any concerns over the disclosure of any sensitive or proprietary information can be sufficiently

allayed through the entry of a protective order.  The Court will provide the parties with a copy of its model protective order for that purpose.

New Orleans, Louisiana, this __23rd__ day of _____ July _____, 2014.

_____

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE