UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARIAN WALLIS,** | **CIVIL ACTION** |
| Plaintiff | |
| **VERSUS** | **NO. 12-536** |
| **HORNBECK OFFSHORE OPERATORS, et al.** | **SECTION "E"** |
| Defendants | |

## JUDGMENT

A four-day bench trial of the Plaintiff's maritime personal injury claim was conducted in this Court.[1] The Court, having considered the law and the evidence and as more fully set forth in its Findings of Fact and Conclusions of Law,[2] issued on December 23, 2014, hereby enters judgment in favor of Defendants, Royal Eagle Services, LLC, Hornbeck Offshore Trinidad and Tobago, L.L.C., and Hornbeck Offshore Operators, L.L.C., and against Plaintiff, Larian Wallis.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's claims are **DISMISSED WITH PREJUDICE**, and this case is **CLOSED**.

New Orleans, Louisiana, this __29th__ day of December, 2014.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 170, 171, 172, and 173.
[2] R. Doc. 175.